UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80736-CV-MIDDLEBROOKS

ROBERTA APTHEKER f/k/a ROBERTA D. WITHAM,
on behalf of herself and all others similarly situated

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION
CORPORATION, a Delaware Corporation,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice Conditioned upon the Court Retaining Jurisdiction, filed July 30, 2019. (DE 14). The Court congratulates the Parties on their amicable resolution of this matter. The Court will reserve jurisdiction as requested, and accordingly, pursuant to *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(3) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of six (6) months.

**SIGNED** in Chambers in West Palm Beach, Florida, this 31st day of July, 2019.

Donald M. Middlebrooks
United States District Judge

Copies to:  Counsel of Record